UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James Bret Stover,

        Plaintiff,

v.                                                                 Civil No. 12-2910 (JNE/FLN)
                                                                   ORDER
Carolyn W. Colvin,
Acting Commissioner of Social Security,

        Defendant.

Plaintiff James Bret Stover brought this action seeking judicial review of the denial of his application for disability benefits under Titles II and XVI of the Social Security Act.  Mr. Stover and the Defendant Commissioner of Social Security have filed cross-motions for summary judgment.  ECF Nos. 11 and 14.

The case is now before the Court on a Report and Recommendation from United States Magistrate Judge Franklin L. Noel.  ECF No. 16.  The Magistrate Judge recommends that Mr. Stover's Motion for Summary Judgment be denied and that the Commissioner's Motion for Summary Judgment be granted.  Mr. Stover did not object to the Report and Recommendation, and the Commissioner filed a short Response urging the Court to adopt it, ECF No. 18.

The Court has reviewed the record de novo, D. Minn. LR 72.2(b), and adopts the Report and Recommendation.

THEREFORE, IT IS ORDERED THAT:

1.  Plaintiff's Motion for Summary Judgment [ECF No. 11] is DENIED.

2.  Defendant's Motion for Summary Judgment [ECF No. 14] is GRANTED.


LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: January 14, 2014

s/Joan N. Ericksen
The Honorable Joan N. Ericksen
United States District Judge